FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# PENALTY SLIP
## SUPERSEDING INDICTMENT

DEFENDANT NAME: **RAYMUNDO GARCIA**

TOTAL NO. COUNTS: 1

**VIO: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 846**
   **Conspiracy to Possess With Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine**
   **(Count 1)**

PENALTY: **CAG not less than 10 years nor more than life;**
   **and/or $10,000,000 fine;**
   **not less than 5 years nor more than life supervised release;**
   **a $100 special penalty assessment; and,**
   **denial of certain federal benefits pursuant to 21 U.S.C. § 862 and 862a;**

**Notice of Criminal Forfeiture Allegations:**
**21 U.S.C. § 853 and 28 U.S.C. § 2461(c)**

CASE
NO.  4:20-CR-6002-SAB - 5

AUSA
INITIAL            SAV