FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1 William D. Hyslop
2 United States Attorney
  Eastern District of Washington
3 Stephanie Van Marter
4 Assistant United States Attorney
  Post Office Box 1494
5 Spokane, WA 99210-1494
6 Telephone: (509) 353-2767

7        UNITED STATES DISTRICT COURT
8    FOR THE EASTERN DISTRICT OF WASHINGTON
9
10 UNITED STATES OF AMERICA,       No.: 4:20-CR-06002-SAB-5
11            Plaintiff,            MOTION TO SEAL
12                                  SUPERSEDING INDICTMENT
13      v.
14 RAYMUNDO GARCIA,                **Filed Under Seal**
15
16            Defendant.
17
18
19      Plaintiff, United States of America, by and through William D. Hyslop,
20 United States Attorney for the Eastern District of Washington, and Stephanie Van
21 Marter, Assistant United States Attorney for the Eastern District of Washington,
22 moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order
23 //
24 //
25 //
26 //
27 //
28

MOTION TO SEAL INDICTMENT - 1

sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

Dated: March 17, 2020.

William D. Hyslop
United States Attorney

*Stephanie Van Marter*

Stephanie A. Van Marter
Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 2