FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 4:20-CR-06002-SAB-5 |
| Plaintiff, | Order To Seal Superseding Indictment |
| v. | |
| RAYMUNDO GARCIA, | **Filed Under Seal** |
| Defendants. | |

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the <u>Defendant's arrest</u>, whichever comes first.

DATED this 17th day of March, 2020.

_____
John T. Rodgers
United States Magistrate Judge