1
2
3
4                    UNITED STATES DISTRICT COURT
5                  EASTERN DISTRICT OF WASHINGTON
6
7   UNITED STATES OF AMERICA,          No. 4:20-cr-06002-SAB
8                    Plaintiff,
                                        ACKNOWLEDGMENT OF NOTICE
9   vs.                                 OF RIGHTS - INDICTMENT
    Raymundo Garcia
10
11                   Defendant.

12          The undersigned defendant does hereby acknowledge: I appeared on this date
13   and was advised as follows:

14          1. Of the charge or charges placed against me, and I acknowledge receipt of
15             a copy of the:
16                    ☐ Indictment
17                    ☒ First/Second/Third/Fourth Superseding Indictment
18
19          2. Of the maximum penalty provided by law;

20          3. My right to remain silent at all times and if I make a statement it can be
21             used against me;

22          4. My right to retain my own counsel; and if I am without funds, to have
23             counsel appointed to represent me in this matter;

24          5. My right to a jury trial before a United States District Judge, to be
25             confronted by the United States' witnesses and to have witnesses attend
26             on my behalf;

27          6. My right to a detention hearing, if I am in custody;
28

    ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government
   attorney or law enforcement official notify my country's consulate of my
   arrest or detention.

_____      Date: ___5/21/20___
Interpreter Signature

_____      _____
Interpreter Printed Name               Defendant Signature

                                       Raymundo Garcia
                                       Defendant Printed Name

I Certify I have Reviewed this document with Raymundo
Garcia telephonically. He consents to me signing on his behalf.

                                       /s Ricardo Hernandez

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2