# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
## Yakima

**USA v. RAYMUNDO GARCIA**                              Case No.   4:20-CR-6002-SAB-5

Video Conference
The Defendant agreed to appear via video conference.

**Arraignment/Initial Appearance on Superseding Indictment:**                              05/22/2020

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty (video) |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Ricardo Hernandez, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing by video from Benton County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint CJA Panel Attorney Ricardo Hernandez | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or telephone conference.
Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**05/29/2020 @ 9:00 a.m. [R/MKD] (Video Conf)**

Digital Recording/Y-102       Time: 11:35 a.m. – 11:44 a.m.                              Page 1