FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMUNDO GARCIA,<br><br>Defendant. | No. 4:20-CR-06002-SAB-5<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT |

At Defendant's May 22, 2020, initial appearance and arraignment based on a Superseding Indictment, Defendant appeared via video while in custody at the Benton County Jail. Attorney Ricardo Hernandez represented the Defendant and appeared by video from a different location. Assistant U.S. Attorney Thomas Hanlon represented the United States and appeared by video from a separate location. United States Probation Officer Erica Helms was present telephonically. At the time of the hearing, Defendant consented to proceeding by video teleconference.

Defendant was advised of, and acknowledged, his rights. On his plea of not-guilty, Defendant is bound over to the United States District Court for trial.

A **detention hearing is set for <u>May 29, 2020 at 9:00 a.m.</u>**, by videoconference before Magistrate Judge Mary Dimke. **Hearing content provided via videoconference or teleconference dial-in access MUST NOT be**

ORDER - 1

**recorded or rebroadcast. IT IS ORDERED** pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

**IT IS SO ORDERED.**

DATED May 22, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2