FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  -vs-<br><br>RAYMUNDO GARCIA,<br><br>               Defendant. | No.   4:20-CR-6002-SAB-5<br><br>ORDER SETTING PRETRIAL DEADLINES AND TRIAL DATE |

      **PLEASE TAKE NOTICE**, as indicated below, the jury trial and pretrial conference in the above captioned matter have been scheduled before Judge Stanley A. Bastian. **Counsel for the defense shall notify the Defendant and ensure his attendance. The Pretrial Conference and Trial date are being set with co-defendants.**

      1. All pretrial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **June 10, 2020**, and noted for hearing at the pretrial conference. Any response to a pretrial motion shall be filed and served in accordance with Local Rule 7.1. A motion filed on behalf of one defendant shall be considered to be filed on behalf of each defendant, unless any defendant files an "opt out" of such motion.

      **The Pretrial Conference is scheduled for June 17, 2020 at 10:30 a.m. at the United States Courthouse in Yakima, Washington**. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least five (5) days prior to the pretrial conference**.

      All pretrial conferences are scheduled to last not more than **thirty (30) minutes**, which each side allotted **fifteen (15) minutes** to present their own motions and respond to motions filed by opposing counsel. If any party anticipates requiring longer than fifteen

ORDER SETTING PRETRIAL
DEADLINES AND TRIAL DATE - 1

minutes, that party must notify the Courtroom Deputy at least **seven (7) days** prior to the hearing. **Any party who fails to provide this notice will be limited to fifteen (15) minutes**.

If a party files any motion that requires an evidentiary hearing and/or requires the Court to act as a finder of fact, that party must notify the Courtroom Deputy at **least fourteen (14) days** prior to the hearing. The parties will coordinate with the Courtroom Deputy to schedule an evidentiary hearing that provides enough time for the parties to present evidence, including witness testimony and exhibits. If the parties anticipate offering witness testimony, the parties shall file with the Court a witness list, together with a brief summary of the proposed testimony, at least **seven (7) days** prior to the hearing. If the parties anticipate offering or referring to exhibits during the hearing, the parties shall file with the Court a binder of the proposed exhibits, pre-marked for identification, at least **seven (7) days** prior to the hearing. The Government's exhibits shall be numbered 1 to 100; Defendant's exhibits shall be numbered 101 to 200. The parties are encouraged to file their exhibits jointly, so that the Court may quickly refer to all exhibits in one place.

Any motion to continue the pre-trial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date. Additionally, any motions filed after the pretrial motion deadline will be considered at the pretrial conference.

Continuances are not granted absent good cause.

A defendant on pretrial release should expect to be placed into custody immediately after conviction or change of plea if the provisions of 18 U.S.C. § 3143(a)(2) apply.

Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order

ORDER SETTING PRETRIAL
DEADLINES AND TRIAL DATE - 2

from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

The Court utilizes JERS (Jury Evidence Recording System) to allow evidence admitted for a trial to be viewed electronically via touchscreen monitor in the jury deliberation room upon the conclusion of the trial. Please note that the jury will receive a verbatim copy of the JERS exhibit list. Review and follow the instructions on the public website within the Courtroom Support information for attorneys.

**Pursuant to 18 U.S.C. § 3161(h)(6), the jury trial in this matter is scheduled for July 13, 2020 at the United States Courthouse in Richland, Washington. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.**

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

**DATED** May 26, 2020.



_____
Stanley A. Bastian
United States District Judge

ORDER SETTING PRETRIAL
DEADLINES AND TRIAL DATE - 3