# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
## Yakima

## USA v.  RAYMUNDO GARCIA          Case No.    4:20-CR-6002-SAB-5

Video Conference
The Defendant agreed to appear via video conference.

## Detention Hearing:                                                05/29/2020

| | | |
|---|---|---|
| ☒ Pam Howard, Courtroom Deputy [Y] | ☒ | Stephanie Van Marter, US Atty (video) |
| ☒ Mike Edwards, IT Specialist [R] | ☒ | Ricardo Hernandez, Defense Atty (video) |
| ☒ Jennifer Dykstra, US Probation / Pretrial Services (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ Defendant present ☒ in custody USM appearing by video from Benton County Jail | ☐ | Defendant not present / failed to appear |

| | | |
|---|---|---|
| ☒ Defendant continued detained | ☐ | Conditions of Release imposed |
| | ☐ | 199C Advice of Penalties/Sanctions |

## <u>REMARKS</u>

     Due to the current COVID-19 public health crisis, all parties including Defendant appeared via video or teleconference.

     **Detention hearing waived by Defendant; subject to right to return before the Court should circumstances change.**

     Court colloquy with the Defendant regarding where he is being housed.

     Court colloquy with Defense regarding possibly changing Defendant's custodial arrangements at the jail.

     **The Court ordered:**

1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. Defense counsel shall inform the Court if Defendant's custodial arrangements at the jail need to be changed.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.

---