FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMUNDO GARCIA,<br><br>    Defendant. | NO. 4:20-CR-06002-SAB-5<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

    Before the Court is Defendant Garcia's Motion to Continue Sentencing Hearing, ECF No. 312. The motion was heard without oral argument. Defendant is represented by Rick Hernandez. The United States is represented by Stephanie Van Marter.

    Defendant asks the Court to continue the sentencing hearing to allow his counsel additional time to prepare for the hearing. He indicates the United States does not object to his request. Good cause exists to grant the motion.

//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Garcia's Motion to Continue Sentencing Hearing, ECF No. 312 is **GRANTED**.

2. The sentencing hearing currently set for May 19, 2021, is **continued** to **August 11, 2021**, at **2:00 p.m**., in **Yakima,** Washington.

3. The deadlines set forth in ECF No. 266 are adjusted accordingly, based on the new sentencing hearing date.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 26th day of April 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING ~ 2**