1  Rick Hernandez
2  Hernandez Law Office, LLC
   P.O. Box 1039
3  Sunnyside, WA 98944
   (509) 837-3184
4
5  Attorney for Reymundo Garcia

6  **UNITED STATES DISTRICT COURT**
7  **EASTERN DISTRICT OF WASHINGTON**

8
9  UNITED STATES OF AMERICA,           }
                                       }
10         Plaintiff,                  }   No. **4:20-CR-06002-SAB-5**
                                       }
11  vs.                                }   DEFENDANT
                                       }   REYMUNDO GARCIA'S
12                                     }   MOTION FOR EXTENSION
                                       }   OF TIME TO FILE
13  REYMUNDO GARCIA,                   }   OBJECTIONS TO PRE-
                                       }   SENTENCE INVESTIAGTION
14                                     }   REPORT AND
15         Defendant.                  }   SENTENCING MEMORANDUM
                                       }
16                                     }   WITHOUT ORAL ARGUMENT
                                       }   November 15, 2021 @6:30 p.m.
17                                     }   Yakima, WA

18
19
20      PLEASE TAKE NOTICE that, OSCAR BARRERA-GAYTAN, by and
21  through his attorney of record, Ricardo Hernandez, moves this court for an
22  Extension of time to File Objections to Pre-Sentence Investigation Report and
23  Sentencing Memorandum.
24
25
        DATED this 12ᵗʰ day of November 2021
26
27                                             HERNANDEZ LAW OFFICE, LLC

28                                              s/ Ricardo Hernandez
                                                Ricardo Hernandez

JOINDER
                                    - 1 -

Attorney for Defendant

# DECLARATION OF COUNSEL

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and States as follows:

1. I am the attorney of record for the defendant Reymundo Garcia in the above matter.

2. I am requesting an Extension of time to File Objections to Pre-Sentence Investigation Report and Sentencing Memorandum. I am requesting a one-week extension from Monday November 15, 2021 to Monday November 22, 2021.

3. Defense counsel has had 4 family funerals in the last month.

4. For the reason stated above, defense counsel respectfully requests an Extension of time to File Objections to Pre-Sentence Investigation Report and Sentencing Memorandum.

DATED:    November 12, 2021

Respectfully Submitted.

s/ Ricardo Hernandez
Ricardo Hernandez #21463
Attorney for Reymundo Garcia
HERNANDEZ LAW OFFICE, LLC

JOINDER

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 12, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to the Assistant United States Attorney Stephanie Van Marter.

    DATED this 12th day of November 2021.

                                      HERNANDEZ LAW OFFICE, LLC

                                      s/ Ricardo Hernandez
                                      Ricardo Hernandez, 21463
                                      Attorney for Reymundo Garcia