Rick Hernandez
HERNANDEZ LAW OFFICES, LLC
440 So. 6th St. P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for Reymundo Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. **4:20-CR-06002-SAB-5** |
| Plaintiff, ) | |
| ) | MOTION TO EXPEDITE |
| vs. ) | |
| ) | HEARING: 11/15/21 @6:30PM |
| REYMUNDO GARCIA, ) | WITHOUT ORAL ARGUMENT |
| Defendant. ) | |

Ricardo Hernandez, attorney for REYMUNDO GARCIA, moves the Court for an Extension of time to File Objections to Pre-Sentence Investigation Report and Sentencing Memorandum.

This motion is based on upon the records and file herein, and Local Rule 7.1 (h) (6).

**MOTION**

Defense counsel requests the Court to consider his separately filed Motion for an Extension of time to File Objections to Pre-Sentence Investigation Report and Sentencing Memorandum outside the normal timeline set forth in Local Rule 7.1. Such expedited consideration is allowed by Local Rule 7.1 (h) (6), which provides that:

MOTION TO EXPEDITE    - 1 -    RICARDO HERNANDEZ
HERNANDEZ LAW OFFICE, LLC.
440 S. 6th STREET
P.O. BOX 1039
SUNNYSIDE, WA 98944
(509) 837-3184

The Court on its own motion or the written request of any party, may waive the time requirements of this rule and grant an immediate hearing on any emergency matter. The request shall set forth in detail the reasons for an expedited hearing.

Mr. Hernandez hereby incorporates by reference the representations made in counsel's declaration in support of his motion for an Extension of time to File Objections to Pre-Sentence Investigation Report and Sentencing Memorandum.

Dated this 12th day of November, 2021

Respectfully Submitted,

s/ Ricardo Hernandez
Ricardo Hernandez #21463
Attorney for Reymundo Garcia

**CERTIFICATION OF SERVICE**

I hereby certify that on November 12, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney

s/ Ricardo Hernandez
Ricardo Hernandez #21463
Attorney for Reymundo Garcia

MOTION TO EXPEDITE    - 2 -

RICARDO HERNANDEZ
HERNANDEZ LAW OFFICE, LLC
440 S. 6th STREET
P.O. BOX 1039
SUNNYSIDE, WA 98944
(509) 837-3184